



United States Department of State

Washington, D.C. 20520

March 5, 2020

**CERTIFICATION FOR THE MARITIME DRUG LAW ENFORCEMENT ACT CASE INVOLVING UNKNOWN GO-FAST VESSEL (VENEZUELA) FEDERAL DRUG IDENTIFICATION NUMBER (FDIN) – 2019718309**

I, Commander David M. Bartram, USCG, declare as follows:

1. That I have been assigned as the Coast Guard Liaison Officer to the Bureau of International Narcotics and Law Enforcement Affairs, U.S. Department of State, since July 26, 2018.

2. That in my official capacity, I have been designated by the Secretary of State, through the Assistant Secretary of State for International Narcotics and Law Enforcement Affairs, to make certifications under 46 U.S.C. §§ 70502(c)(2) & (d)(2) and 18 U.S.C. § 2237(d).

3. That I make the following statements based upon my personal knowledge and upon information furnished to me in the course of my official duties.

4. I certify the following:

   a. On October 19, 2019, U.S. law enforcement personnel detected an unknown go-fast vessel in approximate position 13-37 N, 071-06 W, seaward of any State's territorial sea. Upon counter-detection, the vessel jettisoned packages overboard. U.S. law enforcement officials reasonably suspected the vessel of illicit drug trafficking and conducted right-of-approach questioning, during which the master made a verbal claim of Venezuelan nationality for the vessel. A registry number, "ADKN4357" was painted on the hull, but the vessel bore no indicia of nationality.

   b. On October 19, 2019, under Article 17 of the UN Convention against Illicit Traffic in Narcotic Drugs and Psychotropic Substances, the Government of the United States requested that the Government of the Republic of Venezuela confirm or deny the vessel's registry and, if confirmed, grant authorization to board and search the vessel.

   c. On October 19, 2019, the Government of the Republic of Venezuela authorized boarding of the vessel by the Government of the United States.

20024548-1

# United States of America



## DEPARTMENT OF STATE

*To all to whom these presents shall come, Greetings:*

I ~~cer~~tify That David M. Bartram, whose name is subscribed to the document hereunto annexed, ~~was at the~~ time of subscribing the same Commander, U.S. Coast Guard Maritime Law Enforcement ~~and Co~~ast Guard Liaison Officer to the Bureau of International Narcotics and Law Enforcement ~~Affairs, De~~partment of State, United States of America, and that full faith and credit are due to his acts ~~as such~~

*This certificate is not valid if it is removed or altered in any way whatsoever*



In testimony whereof, I, Michael R. Pompeo, Secretary of State, have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this fifth day of March, 2020.

_____
Secretary of State

By _____
Assistant Authentication Officer,
Department of State

*Issued pur~~suant~~ to CHXIV, ~~Act~~ of Sept. 15, ~~1789; 1~~ Stat. 68~~; 22~~ USC 2657~~; U~~SC 2651a; ~~5 USC~~ 301; 28 U~~SC 153~~3 et. seq.; ~~FRCP~~ 1443(f); R~~ules of~~ Federal R~~ules of~~ Civil Proce~~dure~~*

    d. On October 19, 2019, under Article 17 of the UN Convention against Illicit Traffic in Narcotic Drugs and Psychotropic Substances, the Government of the United States requested that the Government of the Republic of Venezuela waive its primary right to exercise jurisdiction over the vessel, its cargo, and its crew to the extent necessary to enforce United States law.

    e. On October 19, 2019, the Government of the Republic of Venezuela consented to the Government of the United States exercising jurisdiction over the vessel, its cargo, and its crew.

    f. Accordingly, the Government of the United States determined that the vessel is subject to United States jurisdiction under 46 U.S.C. § 70502(c)(1) and 18 U.S.C. § 2237(e)(3).

    g. U.S. law enforcement officials recovered approximately 330 kilograms of contraband from the jettisoned packages, which tested positive as cocaine.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 5, 2020.

*[signature]*

David M. Bartram
Commander, U.S. Coast Guard
Maritime Law Enforcement Officer
U.S. Coast Guard Liaison Officer to the Bureau of
International Narcotics and Law Enforcement Affairs
U.S. Department of State